PRICE LAW GROUP, APC
G. Thomas Martin, III (Bar No. 218456)
15760 Ventura Blvd., Suite 1100
Encino, California 91436
Telephone: 818.907.2030
Facsimile: 818.205.3730
tom@plglawfirm.com

Attorney for Plaintiff
DAVID V. RAMIREZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID V. RAMIREZ,<br><br>         Plaintiff,<br><br>vs.<br><br><br><br>QC HOLDINGS, INC., a corporation, dba CALIFORNIA BUDGET FINANCE; and DOES 1 to 10, inclusive,<br><br>         Defendants. | Case No.: 2:13-cv-01566-SH<br><br>**NOTICE OF SETTLEMENT** |

### NOTICE OF SETTLEMENT

Plaintiff, DAVID V. RAMIREZ, by and though his attorney, informs this Honorable Court that Plaintiff has settled his case with Defendants, QC HOLDINGS, INC., a corporation, dba CALIFORNIA BUDGET FINANCE; and DOES 1 to 10, inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff

respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

Dated: April 1, 2013

RESPECTFULLY SUBMITTED,

PRICE LAW GROUP, APC

By: _____

G. Thomas Martin, III
*Attorney for Plaintiff*

15760 Ventura Boulevard, Suite 1100
Encino, California 91436