G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (866) 205-2730
tmartin@consumerlawcenter.com

Attorneys for Plaintiff
DAVID V. RAMIREZ

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID V. RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>QC HOLDINGS, INC., a corporation,<br>dba CALIFORNIA BUDGET<br>FINANCE; and DOES 1 to 10,<br>inclusive,<br><br>　　　　Defendant. | **Case No.: 2:13-cv-01566-SH**<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL** |

### <u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>

　　Pursuant to FRCP 41a(1), Plaintiff, DAVID V. RAMIREZ, by and through

his attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-

entitled case with prejudice.

　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

DATED:　　　　　　　　**PRICE LAW GROUP APC**
May 13, 2013　　　　　　By: <u>/s/ G. Thomas Martin, III</u>
　　　　　　　　　　　　　G. Thomas Martin, III
　　　　　　　　　　　　　Attorney for Plaintiff